**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Angel Hughes            ) | |
| ) | Case No:   17 B 11836 |
| ) | Judge:      Doyle |
| ) | Chapter    13 |
| **Debtor**                       ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Tom Vaughn, 55 E. Monroe Street, Ste. 3850, Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtor**: Angel Hughes, 37 N. Latrobe Ave., Chicago, IL 60644
**See Attached Service List**

PLEASE TAKE NOTICE that on August 7, 2018 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Doyle, or any other Bankruptcy Judge presiding in her place in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before July 6, 2018.


       /s/ Michelle K. Hinds
Michelle K. Hinds
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-11836<br>Northern District of Illinois<br>Chicago<br>Fri Jul  6 13:14:05 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AmeriCash Loans, L.L.C.<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 |
| Brandon S. Lefkowitz<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075-2851 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris<br>111 W  Jackson Blvd Ste 600<br>Chicago,IL 60604-3517 |
| City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Fed Loan Sevicing<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| First Premier Bank<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | PLS Loan Store<br>1617 N. Cicero<br>Chicago, IL 60639-4519 | PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE UT 84126-0707 |
| Regional Acceptance Co<br>304 Kellm Road<br>Virginia Beach, VA 23462-2712 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | Angel M. Hughes<br>37 N Latrobe Ave<br>Chicago, IL 60644-3333 |
| Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA) N.A.<br>(CAPITAL ONE BANK, N.A.)<br>POB 41067<br>Norfolk, VA 23541 | Prestige Financial Services<br>Attn: Bankruptcy<br>1420 South 500 West<br>Salt Lake City, UT 84115 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Americash Loans              End of Label Matrix
PO Box 184                      Mailable recipients   23
Des Plaines, IL 60016-0003      Bypassed recipients    1
                                Total                 24
```

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Angel Hughes          )
                              )  Case No:   17 B 11836
                              )  Judge:     Doyle
                              )  Chapter    13
        **Debtor**            )

## MOTION TO MODIFY PLAN

Now comes Angel Hughes (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On April 14, 2017 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on June 20, 2017.  The confirmed plan called for monthly payments of $400.00 for 60 months, paying unsecured creditors a minimum of 10% on their claims.

3. The Debtor fell behind on plan payments because she incurred auto repair expenses totaling approximately $1,000.00.

4. In addition, the Debtor's plan is currently running beyond 60 months.

5. To fix both the default in her case and the allow the plan to complete on time, the Debtor believes she can afford an increased plan payment of $455.00 if her current default is deferred to the end of the plan (see attached Amended Schedules I and J, referred to as "Exhibit").

6. If the Debtor's plan payment is increased to $455.00 and her default is deferred, the unsecured creditors will still receive 10% on their claims, and the plan will complete within 60 months.

             Document      Page 5 of 5

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order:

1. Increasing her plan payment to $455.00;
2. Deferring her current plan payment default; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

/s/ Michelle K. Hinds
Michelle K. Hinds
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001