UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-11836 |
| Angel Hughes ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's current plan payment default is deferred to the end of the plan.

2. The Debtor's plan payment is increased to $455.00 beginning with the August, 2018 payment.

3. The dividend general unsecured creditors receive is 10%.

4. Nothing in this order shall require the Trustee to perform collections pursuant to any prior plan.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 07, 2018

**Prepared by:**

Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606